# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00133-GCM

| | |
|---|---|
| ZAKLADY FARMACEUTYCZNE POLPHARMA S.A., <br><br> **Plaintiff,** <br><br> v. <br><br> KARTHA PHARMACEUTICALS INC., <br><br> **Defendant.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motions for Admission *Pro Hac Vice* ("Motions") concerning Charles B. Klein (Doc. No. 7), Donald Chanslor Gallenstein (Doc. No. 8), and Spencer W. Churchill (Doc. No. 9).

Upon review and consideration of the Motions, which were accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motions.

In accordance with Local Rule 83.1(b), Mr. Klein, Mr. Gallenstein, and Mr. Churchill are admitted to appear before this court *pro hac vice* on behalf of Zaklady Farmaceutyczne Polpharma S.A.

**IT IS SO ORDERED**.

Signed: April 30, 2021

Graham C. Mullen
United States District Judge